[Criminal No. 111.]

GUS MUDUSBACH, Appellant, v. THE TERRITORY OF
ARIZONA, Respondent.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Coconino.  John J. Haw-
kins, Judge.

E. S. Clark, Herndon & Norris, and E. S. Cosney, for Ap-
pellant.

John F. Wilson, Attorney-General, J. E. Jones, and T. S.
Bunch, for Respondent.

October 2, 1896.  Reversed.